Mobile & Ohio R. Co. *v.* C. M. Wood.

(Division A. April 28, 1924.)

[99 So. 768. No. 24017.]

Appeal from circuit court of Wayne county.
Hon. C. C. Miller, Judge.
135 Miss.—16.

*Carl Fox,* and *C. M. Wright,* for appellant.

*Martin Miller, A. G. Busby,* and *L. A. Thigpen,* for appellee.

HOLDEN, J., delivered the opinion of the court.

We find no reversible error in the case, except it is ¬r ᴏᴘⁱⁿⁱᴏn the verdict and judgment for eighteen . dollars is excessive, and it is reversed for a ɴ ⸴ ⸴ɪal as to damages only, unless a remittitur is entᴜᵣed reducing the amount to fourteen thousand dollars, in which event the judgment will be affirmed.

Affirmed on remittitur to fourteen thousand dollars.

*Affirmed.*